ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 FEB 13 PM 4:18

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Petitioner,<br><br>v.<br><br>JOSEPH ZADEH, D.O.<br><br>Respondent. | CIVIL ACTION NO.<br><br>4-14CV-105-0 |

## CERTIFICATE OF INTERESTED PERSONS

I, Clay R. Mahaffey, counsel for the United States of America, Peititioner, do hereby certify pursuant to Local Rules 3.1(f) and 7.4 of the Northern District of Texas that, other than the Respondent, Joseph Zadeh, D.O, and the United States of America, on behalf of the Department of Justice, Drug Enforcement Administration, I am currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

DATED this 13$^h$ day of February, 2014.

Respectfully submitted,

SARAH SALDAÑA
UNITED STATES ATTORNEY

Certificate of Interested Persons – Page 1

Clay R. Mahaffey
Assistant United States Attorney
Wyoming State Bar No. 6-3355
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882
Telephone: 817-252-5403
Facsimile: 817-978-6350
Email: clay.mahaffey@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2014, I caused a true and correct copy of the Certificate of Interested Persons to be served by certified mail, return receipt requested, on the following:

Francisco Hernandez
800 W. Weatherford Street
Fort Worth, TX 76102-1946

Clay R. Mahaffey
Assistant United States Attorney